**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2012 NOV 26  AM 10: 26

CLERK C Adams
    SO. DIST. OF GA.

| | |
|---|---|
| DAVID WAYNE WILLIAMS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 312-089 |
| ) | |
| SHERIFF JOHNNY O. SMITH, Telfair ) | |
| County Sheriff's Office, ) | |
| ) | |
| Defendant. ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED** for failure to state a claim upon which relief can be granted, and this civil case is **CLOSED**.

SO ORDERED this 26th day of November, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE